UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| WILLIAM SAMUEL MCLEAN, JR., | ) | |
| Plaintiff, | ) ) | |
| vs. | ) | 2:08-cv-128-WTL-WGH |
| FEDERAL BUREAU OF PRISONS, | ) ) ) | |
| Defendant. | ) ) | |

**Entry Directing Further Proceedings**

The clerk is designated, pursuant to *Fed. R. Civ. P.* 4(c), to issue and serve process on the Federal Bureau of Prisons ("BOP"). Process shall consist of a summons. Because McLean is proceeding under the theory recognized in *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), **personal service is required.** *Robinson v. Turner,* 15 F.3d 82 (7th Cir. 1994). The Marshal for this District or his Deputy shall serve the summons, together with a copy of the **amended complaint**, filed on May 6, 2009 (dkt 51), and a copy of this Entry, on the defendant pursuant to *Fed. R. Civ. P.* 4(i)(2), at the expense of the United States.

The proceedings directed above do not represent a determination that the amended complaint has been screened as required by 28 U.S.C. § 1915A(b) as to claims asserted against the BOP, but are merely the court's determination that the issuance of process is appropriate at this time.

**IT IS SO ORDERED.**

Date: 07/01/2010

*William T. Lawrence*

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Jeffrey L. Hunter
UNITED STATES ATTORNEY'S OFFICE
jeff.hunter@usdoj.gov

William Samuel McLean
Reg No 04259-078
FCI Phoenix
37910 N 45th Ave
Phoenix, AZ 85086